IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARONDO AUSTIN,

    Plaintiff,

v.

J. CERMENO, et al.,

    Defendants.

No. C 12-05187 YGR (PR)

**ORDER GRANTING PLAINTIFF A FIFTH EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. In Orders dated June 24, 2013, July 12, 2013, September 9, 2013 and December 12, 2013, the Court granted Plaintiff's four requests for an extension of time to file his amended complaint.

Before the Court is Plaintiff's fifth request for an extension of time to file his amended complaint (Docket No. 20).

Good cause appearing, the Court finds that Plaintiff should be granted another extension of time to file his amended complaint. Plaintiff shall file his amended complaint on or by **February 28, 2014.**

If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed. **No further extensions of time will be granted in this case absent extraordinary circumstances.**

This Order terminates Docket No. 20.

IT IS SO ORDERED.

DATED: January 31, 2014

                                        YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT COURT JUDGE